| | |
|---|---|
| **From (name):** | SOP |
| **From (email):** | sop@cscglobal.com |
| **Received:** | 05/12/25, 08:58 AM |
| **To:** | LMS-EM-SOP |
| **Subject:** | FW: Service of Process: Case No. C-24-CV-25-003121 |

--------------- Forwarded Message ---------------
**From:** Chanda Mandisa, PhD [chanda.mandisa@proton.me]
**Sent:** 5/11/2025, 11:07 AM
**To:** sop@cscglobal.com
**Cc:** legal@twitch.tv
**Subject:** Service of Process: Case No. C-24-CV-25-003121

**Chanda Mandisa Lowrance, PhD**
*U.S. Army National Guard Veteran (Honorable Discharge)*
+1 (312) 972 - 7045
chanda.mandisa@proton.me (Preferred)
705 Dover St, Baltimore, MD 21230
May 11, 2025

*VIA EMAIL* (*legal@twitch.tv*)
**Twitch Interactive, Inc.**
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento CA 95833

**To: Twitch Legal Team (*legal@twitch.tv*)**
**Subject: Formal Service: Formal Service of Summons & Updated Demand –** *Lowrance v. Twitch Interactive, Inc.* **(Case No. C-24-CV-25-003121)**

Pursuant to the **Writ of Summons** issued by the Circuit Court for Baltimore City (Case No. C-24-CV-25-003121), **and in furtherance of my prior communications (April 15–17, 2025)**, I hereby reiterate my demand for resolution under:

- **Maryland Consumer Protection Act (§ 13-301)**
- **Servicemembers Civil Relief Act (50 U.S. Code § 3931)**
- **Twitch Partner Agreement (Breach of Contract)**

As a PhD Chemist, U.S. Army National Guard Veteran, and Twitch Affiliate, your platform's false accusations of "fraudulent engagement" and withholding of ad revenue have caused:*

- **Financial Harm**:
  - Unpaid ad revenue: **$48.05** (*minimum provable amount*; full audit required).
  - **18% interest (CA Civil Code §3289)**: **$8.65**.
- **Lost Expert-Level Time**:
  - **573+ hours streamed** while falsely penalized.
  - Hourly rate: **$400/hr** (PhD chemistry consultant + veteran premium).
  - Total: **$229,200**.
- **Reputational & Emotional Harm**:
  - Defamation (false fraud claims harming academic/veteran standing): **$50,000**.

*This demand supplements my prior communications dated April 15–17, 2025, which Twitch has ignored.

**Total Demand:**

Payment of **$279,256.70** (*Payment must be made via deposit to the bank account linked to my affiliate account.*)

Written apology (public and private).

Immediate reinstatement of ad revenue.

**Evidence**:

Screen recordings of **ads running** during suspension (https://odysee.com/@ChandaTheArchivist:0/ScreenRecording_04-15-2025-19-41-39_1:f).

Twitch's email admitting ad shutdown (despite ads continuing).

My CV (PhD, veteran status, and technical expertise to justify hourly compensation).

**Formal service of this demand has been sent to Twitch's registered agent (CSC) as required.**

Sincerely,
**Chanda M. Lowrance, PhD**
U.S. Army National Guard Veteran (Honorable Discharge)
https://linktr.ee/chanda.mandisa

---

NOTICE: This e-mail and any attachments is intended only for use by the addressee(s) named herein and may contain legally privileged, proprietary or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me via reply email or at +1 302 636 5400 and permanently delete the original copy and any copy of any e-mail, and any printout.

*This communication and any information or attachments it contains is confidential and is intended solely for its designated recipient(s). If you received this email in error or are otherwise not the intended recipient, you are requested to notify the sender and permanently delete this message along with any attachments and copies immediately. The dissemination, copying or use of the contents of this communication by or to anyone other than its designated and intended recipient(s) is strictly prohibited and may be unlawful. More information can be found at https://www.cscglobal.com/service/csc/legal.*

*For information about how we use your personal data, including your rights, please see our Privacy Notice and Data Processing Protocol at cscglobal.com/service/csc/privacy.*

thread::vwZUQnYzdXibj4sDiMDhPzE::

*This communication and any information or attachments it contains is confidential and is intended solely for its designated recipient(s). If you received this email in error or are otherwise not the intended recipient, you are requested to notify the sender and permanently delete this message along with any attachments and copies immediately. The dissemination, copying or use of the contents of this communication by or to anyone other than its designated and intended recipient(s) is strictly prohibited and may be unlawful. More information can be found at https://www.cscglobal.com/service/csc/legal.*

*For information about how we use your personal data, including your rights, please see our Privacy Notice and Data Processing Protocol at cscglobal.com/service/csc/privacy.*

# Formal Service: Updated Demand – Chanda Mandisa Lowrance, PhD v. Twitch Interactive, Inc.

| | |
|---|---|
| From | chanda.mandisa@proton.me <chanda.mandisa@proton.me> |
| To | sop@cscglobal.com |
| CC | legal@twitch.tv |
| Date | Thursday, April 17th, 2025 at 9:01 AM |

**Chanda Mandisa Lowrance, PhD**

*U.S. Army National Guard Veteran (Honorable Discharge)*

+1 (312) 972 - 7045

chanda.mandisa@proton.me (Preferred)

705 Dover St, Baltimore, MD 21230

April 17, 2025

*VIA EMAIL* (*legal@twitch.tv*)

**Twitch Interactive, Inc.**

c/o Corporation Service Company

2710 Gateway Oaks Drive, Suite 150N

Sacramento CA 95833

**To: Twitch Legal Team (***legal@twitch.tv***)**

**Subject: Formal Service: Updated Demand – Chanda Mandisa Lowrance, PhD v. Twitch Interactive, Inc.**

This is a formal demand for compensation under:

- **Maryland Consumer Protection Act (§ 13-301)**
- **Servicemembers Civil Relief Act (50 U.S. Code § 3931)**
- **Twitch Partner Agreement (Breach of Contract)**

As a **PhD Chemist, U.S. Army National Guard Veteran, and Twitch Affiliate**, your platform's false accusations of "fraudulent engagement" and withholding of ad revenue have caused:*

1. **Financial Harm**:
   - Unpaid ad revenue: **$48.05** (*minimum provable amount*; full audit required).
   - **18% interest (CA Civil Code §3289)**: **$8.65**.
2. **Lost Expert-Level Time**:
   - **573+ hours streamed** while falsely penalized.
   - Hourly rate: **$400/hr** (PhD chemistry consultant + veteran premium).
   - Total: **$229,200**.
3. **Reputational & Emotional Harm**:
   - Defamation (false fraud claims harming academic/veteran standing): **$50,000**.

*This demand supplements my prior communications dated April 15–16, 2025, which Twitch has ignored.*

**Total Demand:**

- Payment of **$279,256.70** (*Payment must be made via deposit to the bank account linked to my affiliate account.*)
- Written apology (public and private).
- Immediate reinstatement of ad revenue.

**Evidence Attached**:

- Screen recordings of **ads running** during suspension (https://odysee.com/@ChandaTheArchivist:0/ScreenRecording_04-15-2025-19-41-39_1:f).
- Twitch's email admitting ad shutdown (despite ads continuing).
- My CV (PhD, veteran status, and technical expertise to justify hourly compensation).

**Deadline**: If Twitch fails to provide a written resolution proposal by **5:00 PM EST on April 19, 2025**, I will immediately initiate the following actions without further notice.

- **I will file in Maryland District Court to recover the full $279,256.70** (demanded herein, concurrently pursuing a small claims action ($5,000) for expedited relief where permissible).
- **Submit FTC and BBB complaints** for fraudulent ad practices.
- **Disclose to media** (i.e. *The Baltimore Sun, Task & Purpose, Military Times*).

**Formal service of this demand has been sent to Twitch's registered agent (CSC) as required.**

Sincerely,
**Chanda M. Lowrance, PhD**
U.S. Army National Guard Veteran (Honorable Discharge)
https://linktr.ee/chanda_mandisa

**Civil Matters in the United States**

If you are attempting to serve Twitch with legal process (subpoena, summons, writ, etc.) related to a civil legal matter pending in the United States:

Twitch requires a subpoena or other properly served legal process to produce documents or information. We accept legal process via our registered agent, Corporation Service Company ("CSC").

You may serve Twitch by emailing the document to be served to sop@cscglobal.com and including the following information in the body of the email:

- Full name of the entity being served
- Physical address of the entity being served
- Contact information of the serving party, including:
    - Individual's name
    - Company/Agency
    - Phone number
    - Email address

You may also serve Twitch by mailing your document to:

Twitch Interactive, Inc.

c/o Corporation Service Company

2710 Gateway Oaks Drive, Suite 150N

Sacramento CA 95833

---

**504.50 KB**    4 files attached    1 embedded image

[ Lowrance CV.pdf 149.23 KB ]   [ Twitch Email.pdf 39.29 KB ]   [ image.png 112.40 KB ]

[ 20250417 0832 Service of Process.pdf 34.40 KB ]

[ 202504170901 EST - Final Legal Demand (CSC).pdf 169.18 KB ]