**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CHANDA MANDISA LOWRANCE, | : | |
| | : | |
| | : | Civil No.: 1:25-cv-01890-JRR |
| Plaintiff, | : | |
| | : | |
| v. | | |
| | : | |
| TWITCH INTERACTIVE, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Defendant Twitch Interactive, Inc.'s Motion to Stay All Deadlines to Respond to Plaintiff's Motions Or, In the Alternative, Modify Local Rule 105.2's Filing Schedule for Memoranda in Opposition at ECF No. 67, it is hereby:

ORDERED that the Motion is GRANTED for good cause show; and it is further

ORDERED that all deadlines for Defendant to respond to the outstanding motions filed by Plaintiff are stayed until twenty-eight (28) days after the court rules on Defendant's pending Motion to Compel Arbitration.

Dated this 3rd day of July, 2025.

/s/
Julie R. Rubin
United States District Judge