IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CHANDRA MANDISA LOWRANCE,**

    *Plaintiff*,

v.                               Civil No.: 1:25-cv-01890-JRR

**TWITCH INTERACTIVE, INC.,**

    *Defendant*

## ORDER

Pending now before the court are the parties' motions at ECF Nos. 9, 11, 13, 14, 32, 33, 34, 46, 49, 54, 61, 62, 74, 76, 81, 82, and 83. The court has reviewed all papers; no hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 11th day of July 2025:

**ORDERED** that Plaintiff's Emergency Motion to Remand at ECF No. 11 shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that Defendant's Motion to Compel Arbitration and Dismiss this Action at ECF No. 13 shall be, and is hereby, **GRANTED IN PART** and **DENIED IN PART** as follows: **GRANTED** to the extent it seeks to compel arbitration of this action; and **DENIED** in all other respects; and further it is

**ORDERED** that Plaintiff's motions at ECF Nos. 9, 14, 32, 33, 34, 46, 49, 54, 61, 62 74, 76, 81, 82, and 83 shall be, and are hereby, **DENIED AS MOOT**; and further it is

**ORDERED** that this case shall be, and is hereby, **STAYED** pending completion of arbitration whereupon the case will be **CLOSED**; and further it is

**ORDERED** that the parties shall initiate arbitration promptly.

Madam Clerk shall transmit a copy of this memorandum opinion and order to Plaintiff and counsel of record.

July 11, 2025                                                                                          /S/
                                                                                    _____
                                                                                    Julie R. Rubin
                                                                                    United States District Judge